## (February 14, 1938.)

LILLIAN BRAUN, an Infant, by MAX BRAUN, Her Guardian ad Litem, and MAX BRAUN, Appellants, v. THE BOARD OF EDUCATION OF THE CITY OF NEW YORK, Respondent.— Judgment dismissing complaint on the merits reversed on consent and a new trial granted, costs to abide the event. Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ., concur.

GLENN L. JUDD and WILLIAM O. VOLENTINE, Taxpayers of Union Free School District No. 2, Town of Hempstead, Nassau County, State of New York, Appellants, v. THE BOARD OF EDUCATION OF UNION FREE SCHOOL DISTRICT No. 2 OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, Defendant, Respondent, and JOHN J. BENNETT, JR., Attorney-General of the State of New York, LOUIS TROUVE and FREDERICK B. BERTRAND, JR., Intervenors, Respondents.— On argument, the order denying plaintiffs' motion for judgment on the pleadings and granting defendant's cross-motion for judgment dismissing the complaint on the merits, and judgment entered, are unanimously affirmed, without costs. Appellants' motion for leave to appeal to the Court of Appeals, made in open court, is granted. Present — Lazansky, P. J., Carswell, Adel, Taylor and Close, JJ. [164 Misc. 889.]

## ( February 18, 1938.)

DANIEL BURNHAM, Respondent, v. MARGARET E. FAUSER, Appellant.— Motion by defendant to stay the prosecution or argument of a motion in the Supreme Court, Westchester county, for the consolidation of the father's action pending in the Westchester County Court with the infant's action pending in the Supreme Court, until the determination of the appeal from an order of the Westchester County Court denying defendant's motion to dismiss the action for failure to prosecute. In view of the disposition of the appeal (post, p. 908), decided herewith, the motion is dismissed, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

JOSEPH GARBER, Respondent, v. FIREMEN'S INSURANCE COMPANY OF NEWARK, NEW JERSEY, Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

ERNA KONRAD, Appellant, v. MARUSKA KONRAD, Respondent.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

MAURICE B. RICH, Respondent, v. KOLLNER'S, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.

JULIUS SILVERMAN, Respondent, v. SARAH MISH, Appellant, and Another, Defendant.— Motion for leave to appeal to the Appellate Division denied, without costs. Present — Lazansky, P. J., Hagarty, Davis, Johnston and Close, JJ.